# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:18-CR-231-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER TO UNSEAL** |
| ) | **INDICTMENT** |
| ) | |
| SHADEEM ANTHONY BARRETT, ) | |
| ) | |
| Defendant. ) | |

**UPON MOTION** of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in the above-captioned case be unsealed, and

**IT APPEARING TO THE COURT** that there no longer exists any danger to the attendant investigation in this case;

**NOW, THEREFORE, IT IS ORDERED** that the above-captioned case be unsealed.

The Clerk is directed, if applicable, to certify copies of this Order to Defense Counsel, the U.S. Probation Office, the U.S. Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: July 18, 2018

David C. Keesler
United States Magistrate Judge